FILED
April 25, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) HUGO MORENO-MENDEZ<br><br>Defendant | NO.   **6:25-cr-00116**<br><br>I N F O R M A T I O N<br><br>[COUNT ONE: 8 U.S.C. 1306(a) --Willful Failure to Register; COUNT TWO: 34 U.S.C. 40702(a)(5)(A) – Failure to Provide DNA] |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### [8 U.S.C. 1306(a)]

On or about March 13, 2025, in the Western District of Texas, Defendant,

**HUGO MORENO-MENDEZ**,

an alien required to apply for registration and be fingerprinted in the United States, did willfully fail or refuse to make such application or to be fingerprinted, in violation of Title 8, United States Code, Section 1306(a).

### COUNT TWO
### [34 U.S.C. 40702(a)(5)(A)]

On or about March 13, 2025, in the Western District of Texas, Defendant

**HUGO MORENO-MENDEZ**,

an alien who had been detained under the authority of the United States, refused to cooperate with the collection of a sample of his DNA as required by law, in violation of Title 34, United States Code, Section 40702(a)(5)(A).

        MARGARET F. LEACHMAN
        Acting United States Attorney

*Stephanie Smith-Burris*

By:   STEPHANIE SMITH-BURRIS
        Assistant United States Attorney